**Order entered February 28, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00767-CV

### IN RE PEPPERSTONE GROUP LIMITED, Relator

**Original Proceeding from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-09573**

### ORDER
Before Justices Schenck, Nowell, and Garcia

Based on the Court's opinion of this date, we **CONDITIONALLY GRANT IN PART** relator's petition for writ of mandamus and **DIRECT** the trial court to issue a written order vacating the portions of its August 24, 2021 Order Granting Plaintiff's First Emergency Motion to Compel Compliance with Rule 11 Discovery Deadlines that order Pepperstone Group Limited to explain the exact date and circumstances of the destruction of Nashith Wadud's Skype chat logs and Shankar Das's Skype chat logs. In all other respects we **DENY** relator's petition for writ of mandamus.

We further **ORDER** the trial court to file with this Court, within ten days of the date of this order, a certified copy of its order issued in compliance with this order and with the Court's opinion of this case. Should the trial court fail to comply with this order, the writ will issue.

We **VACATE** our September 3, 2021 order staying the trial-court proceedings.

We **ORDER** each party to bear its own costs of this original proceeding.

/s/    DENNISE GARCIA
JUSTICE